IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| RASAN TOWNSEND | : | NO. 05-51 |

ORDER

AND NOW, this 10th day of December, 2010, upon consideration of defendant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Docket No. 52), the government's opposition, and the defendant's reply thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is DENIED without a hearing. This Court finds that the defendant has failed to make a substantial showing of a denial of any constitutional right and accordingly that a certificate of appealability will be denied.

BY THE COURT:


/s/ Mary A. McLaughlin__
MARY A. McLAUGHLIN, J.