IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| RASAN TOWNSEND | : | No. 05-51 |

## ORDER

**AND NOW**, this 7th day of January, 2021, upon consideration of Rasan Townsend's *pro se* Emergency Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 70) and the Government's Response in Opposition (Doc. No. 72), it is **ORDERED** that the Motion (Doc. No. 72) is **DENIED WITHOUT PREJUDCE**. Mr. Townsend may renew his motion after he has properly documented that he exhausted his request for compassionate release with the Bureau of Prisons.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1